IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

VANESSA ANDERSON, individually
and on behalf of a class of
similarly situated persons,

    Plaintiff,

v.    CV 119-008

WILCO LIFE INSURANCE COMPANY,

    Defendant.

# O R D E R

Before the Court is Plaintiff's motion to stay the deadline to respond to Defendant's motion to dismiss. (Doc. 25.) Plaintiff seeks a stay of the response deadline until thirty days after the Court resolves her pending motion to remand. Defendant, however, would only consent to a thirty-day extension of the deadline.

Plaintiff contends that the outcome of her motion to remand will impact the issues in the motion to dismiss. If the case is remanded to state court, then a different legal standard will apply to Defendant's motion to dismiss for failure to state a claim. See Stillwell v. Allstate Ins. Co., 663 F.3d 1329, 1334 n.3 (11th Cir. 2011) (noting Georgia courts follow a more liberal pleading standard than federal courts). Thus, Plaintiff argues, a stay of

the response deadline is appropriate to avoid unnecessary or inaccurate briefing. The Court agrees.

Moreover, the motion to remand requires the Court to determine whether it has subject matter jurisdiction over this case; a necessary predicate for ruling on a motion to dismiss for failure to state a claim. See Univ. of South Ala. V. Am. Tobacco Co., 168 F.3d 405, 410-11 (11th Cir. 1999) (describing the court's duty to inquire into whether it has subject matter jurisdiction over removal cases "at the earliest possible stage in the proceedings" and before ruling on motions to dismiss).

Therefore, Plaintiff's motion to stay (Doc. 25) is **GRANTED**. Plaintiff's deadline to respond to Defendant's motion to dismiss (Doc. 22) is **STAYED** until after the Court enters an Order on Plaintiff's motion to remand. The Court will enter a Scheduling Order following its resolution of the motion to remand.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of March, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA