AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

VANESSA ANDERSON, Individually and on Behalf of a Class of Similarly Situated Persons,

Plaintiff,

v.

WILCO LIFE INSURANCE COMPANY,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 119-008

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of June 20, 2019, Plaintiff's Motion to Remand is GRANTED, and this case is REMANDED to the Superior Court of Columbia County, Georgia.

06/20/2019
Date

Scott L. Poff
Clerk



Tara H. Burton
(By) Deputy Clerk

GAS Rev 10/1/03