UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **VANESSA ANDERSON, individually and on behalf of a class of similarly situated persons,** | * * * * | |
| **Plaintiff,** | * * | |
| v. | * * | Case No.: 1:19-cv-00008-JRH-BKE |
| **WILCO LIFE INSURANCE COMPANY,** | * * * | |
| **Defendant.** | * | |

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

---

Plaintiff, Vanessa Anderson ("Plaintiff"), respectfully moves the Court to extend her deadline to Respond to Defendant Wilco Life Insurance Company's ("Defendant") Motion to Dismiss [Doc. 42] by fourteen (14) days, to January 30, 2020.  This is Plaintiff's first request for an extension, and no party will be prejudiced by the short extension.  As noted below, Counsel for Plaintiff has conferred with Defendant's counsel about this request, and they have consented to the extension.

DATED:  January 14, 2020

Respectfully submitted,

/s/ Lee W. Brigham
Lee W. Brigham (Ga. Bar No. 081698)
BELL & BRIGHAM
Post Office Box 1547
Augusta, Georgia 30903-1547
Telephone (706) 722-2014
Email: lee@bellbrigham.com

R. Brent Irby  
Georgia Bar No. 224232  
Charles A. McCallum, III  
(*Admitted Pro Hac Vice*)  
McCallum, Hoaglund & Irby, LLP  
905 Montgomery Highway, Suite 201  
Vestavia Hills, Alabama 35216  
Telephone: (205)824-7767  
Facsimile: (205)824-7768  
Email: birby@mhcilaw.com  
cmccallum@mhcilaw.com

## CERTIFICATE OF SERVICE

      I certify that on January 14, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will cause a copy of same to be served on the following opposing counsel of record:

Elizabeth Campbell
Georgia Bar No. 349249
Locke Lord LLP
Terminus 200, Suite 1200
333 Piedmont Road NE
Atlanta, Georgia 30305
Telephone: (404)870-4679
Facsimile: (404)806-5679
Email: ecampbell@lockelord.com

Carl C. Scherz (*admitted pro hac vice*)
Taylor Brinkman (*admitted pro hac vice*)
Anna K. Finger (*admitted pro hac vice*)
Locke Lord LLP
2200 Ross Avenue
Suite 2800
Dallas, Texas 75201
Telephone: (214)274-8079
Facsimile: (214)740-8800
Email: cscherz@lockelord.com
        tbrinkman@lockelord.com
        anna.k.finger@lockelord.com

                                            /s/ Lee W. Brigham
                                            Lee W. Brigham
                                            COUNSEL FOR PLAINTIFF