UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| VANESSA ANDERSON, individually and on behalf of a class of similarly situated persons, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No.: 1:19-cv-00008-JRH-BKE |
| WILCO LIFE INSURANCE COMPANY, | * * * | |
| Defendant. | * | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

This Court, having reviewed and considered the Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss filed by Plaintiff, Vanessa Anderson ("Plaintiff"), and being otherwise duly advised, hereby decrees that said motion is **GRANTED**.

Plaintiff shall have up through and including January 30, 2020 to Respond to Defendant's Motion to Dismiss.

**SO ORDERED** this _____ day of _____, 2020.

_____
Honorable
Clerk/Judge
Southern District of Georgia