IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| VANESSA ANDERSON, Individually and on Behalf of a Class of Similarly Situated Persons, | * * * * * | |
| Plaintiff, | * * | CV 119-008 |
| v. | * * | |
| WILCO LIFE INSURANCE COMPANY, | * * | |
| Defendant. | * | |

## O R D E R

Before the Court is Plaintiff Vanessa Anderson's motion to extend the deadline to respond to Defendant Wilco Life Insurance Company's motion to dismiss. (Doc. 43.) Plaintiff seeks a fourteen-day extension of the deadline to January 30, 2020, to which Defendant consents. Upon consideration, the motion is **GRANTED**. Plaintiff shall have through **January 30, 2020** to respond to the pending motion to dismiss.

**ORDER ENTERED** at Augusta, Georgia this 14th day of January, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA