IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

VANESSA ANDERSON, \*
Individually and on Behalf \*
of a Class of Similarly \*
Situated Persons, \*
\*
    Plaintiff, \*
\* CV 119-008
    v. \*
\*
WILCO LIFE INSURANCE COMPANY, \*
\*
    Defendant. \*

## O R D E R

In this case, Plaintiff Vanessa Anderson, individually and on behalf of those similarly situated, sued Defendant Wilco Life Insurance Company. Plaintiff claims that Defendant improperly raised her insurance premiums to a level that caused her policy to lapse. Plaintiff originally filed suit in Columbia County, Georgia but Defendant removed to this Court pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). Plaintiff then moved to remand the case, arguing that Defendant could not meet CAFA's amount in controversy requirement.

This Court granted the motion to remand which Defendant appealed, arguing that the face value of the putative class's insurance policies totalled more than $5 million, satisfying the amount in controversy requirement. The United States Court of

Appeals for the Eleventh Circuit reversed and vacated this Court's remand Order, reasoning that because Plaintiff and the class seek to reinstate their now-lapsed insurance policies, the face value of the policies should be included in the amount in controversy. The Eleventh Circuit remanded the case to this Court for further proceedings.

Accordingly, **IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit (doc. 41) is made the Order of this Court. The **CLERK** is **DIRECTED** to **VACATE** the stay of July 17, 2019 (doc. 36) and reopen this case. **IT IS FURTHER ORDERED** that the parties shall file a Rule 26(f) report in accordance with the Court's January 14, 2019 Order[1] (doc. 2) within **twenty-one (21) days** of this Order.

**ORDER ENTERED** at Augusta, Georgia this 21ST day of January, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The January 14, 2019 Order is incorporated by reference.

2