# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| VANESSA ANDERSON, individually and on behalf of a class of similarly situated persons,<br><br>    *Plaintiff*,<br><br>vs.<br><br>WILCO LIFE INSURANCE COMPANY,<br><br>    *Defendant*. | Case No. 1:19-cv-00008-JRH-BKE |

## NOTICE OF INTENT TO FILE REPLY BRIEF

To:    Clerk of Court

Defendant Wilco Life Insurance Company intends to file a reply brief in support of its renewed motion to dismiss Plaintiff's complaint for failure to state a claim upon which relief can be granted (ECF No. 42).

Date: January 31, 2020.  Respectfully submitted,

/s/ *Taylor F. Brinkman*
Elizabeth Campbell
Georgia Bar No. 349249
Locke Lord LLP
Terminus 200, Suite 1200
333 Piedmont Road NE
Atlanta, GA 30305
T: (404) 870-4679
F: (404) 806-5679
ecampbell@lockelord.com

–and–

Carl C. Scherz (pro hac vice)
Taylor Brinkman (pro hac vice)
Anna K. Finger (pro hac vice)
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
T: (214) 274-8079
F: (214) 740-8800
cscherz@lockelord.com
tbrinkman@lockelord.com
anna.k.finger@lockelord.com

**ATTORNEYS FOR WILCO LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I certify that on January 31, 2020, I filed this document using the Court's Electronic Case Filing ("ECF") system, which will automatically deliver a notice of electronic filing to Plaintiff's counsel of record. Delivery of such notice constitutes service of this document as contemplated by Rule 5 of the Federal Rules of Civil Procedure.

/s/ *Taylor F. Brinkman*