IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

VANESSA ANDERSON,
Individually and on Behalf
of a Class of Similarly
Situated Persons,

    Plaintiff,

v.

WILCO LIFE INSURANCE COMPANY,

    Defendant.

CV 119-008

**ORDER**

Before the Court is Defendant Wilco Life Insurance Company's motion for extension of time to file a reply brief in support of its motion to dismiss. (Doc. 54.) Defendant seeks a fourteen-day extension of the deadline to February 27, 2020, to which Plaintiff consents. Upon consideration, the motion is **GRANTED**. Defendant shall have through **February 27, 2020** to file its reply brief. No further extensions of time will be granted to either party absent a showing of good cause.

**ORDER ENTERED** at Augusta, Georgia this 14th day of February, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA