AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

VANESSA ANDERSON,
Individually and on Behalf
of a Class of Similarly
Situated Persons,

    Plaintiff,

v.

WILCO LIFE INSURANCE COMPANY,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV 119-008

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of August 13, 2020, Defendant's Motion to Dismiss is GRANTED. All of Plaintiff's claims are dismissed with prejudice, and this civil action stands CLOSED.

08/13/2020
Date

John E. Triplett, Acting Clerk
Clerk

*Tara H. Burton*
(By) Deputy Clerk

GAS Rev 10/1/03