# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| VANESSA ANDERSON, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>WILCO LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 1:19-cv-00008-JRH-BKE |

## NOTICE OF APPEAL

Notice is hereby given that Vanessa Anderson, Plaintiff in the above-named case, individually and on behalf of a putative class of similarly situated persons, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order (Doc 67) granting Defendant's Renewed Motion to Dismiss that dismissed all of Plaintiff's claims with prejudice entered in this action on the 13th day of August, 2020.

DATED: September 10, 2020

Respectfully submitted,

/s/ Charles A. McCallum, III
Charles A. McCallum, III
(*Admitted Pro Hac Vice*)
R. Brent Irby
Georgia Bar No. 224232
McCallum, Hoaglund & Irby, LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, Alabama 35216
Telephone: (205)824-7767
Facsimile: (205)824-7768
Email: birby@mhcilaw.com
cmccallum@mhcilaw.com

                Lee W. Brigham (Ga. Bar No. 081698)
                BELL & BRIGHAM
                Post Office Box 1547
                Augusta, Georgia 30903-1547
                Telephone (706) 722-2014
                Email: lee@bellbrigham.com

        COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

       This is to certify that on September 10, 2020, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which automatically notifies counsel as follows:

Elizabeth Campbell
Georgia Bar No. 349249
Locke Lord LLP
Terminus 200, Suite 1200
333 Piedmont Road NE
Atlanta, Georgia 30305
Telephone: (404)870-4679
Facsimile: (404)806-5679
Email: ecampbell@lockelord.com

Carl C. Scherz (*admitted pro hac vice*)
Taylor Brinkman (*admitted pro hac vice*)
Anna K. Finger (*admitted pro hac vice*)
Locke Lord LLP
2200 Ross Avenue
Suite 2800
Dallas, Texas 75201
Telephone: (214)274-8079
Facsimile: (214)740-8800
Email: cscherz@lockelord.com
       tbrinkman@lockelord.com
       anna.k.finger@lockelord.com

                /s/ Charles A. McCallum, III
                COUNSEL