# United States District Court
## *Southern District of Georgia*

JOHN E. TRIPLETT            OFFICE OF THE CLERK            TELEPHONE   (706)849-4400
ACTING  CLERK                        P.O. Box 1130
                                          AUGUSTA, GEORGIA   30903


David Smith, Clerk                                    D.C. Number   CV 119-008
U.S. Court of Appeals
56 Forsyth Street, NW                          U.S.C.A. Number
Atlanta, GA  30303


RE:  VANESSA ANDERSON v. WILCO LIFE INSURANCE COMPANY

-------------------------------------------------------------------------------------------------------------------------------------------

Enclosed are documents regarding an appeal in this matter.


☒  Copy of Notice of Appeal, docket entries, order and judgment appealed from, enclosed

☒  First Notice of Appeal:  ☐ Yes  ☑ No
   Date of other   10/23/2020

☐  Certified record on appeal consisting of:
   ____ Volume (s) of pleadings;  ____ Volume (s) of transcripts;
   ____ Volume (s) of exhibits/deposition;  ____ other: _____

☒  There was no hearing from which a transcript could be made

☐  Copy of CJA form appointing counsel

☐  The following materials were sealed in this court (order enclosed):

☒  The appellate docket fee has been paid:  ☑ Yes  ☐ No
   Date paid  09/10/2020

☐  Appellant has been _____ leave to appeal in forma pauperis (copy of order concerning IFP and/or CPC is enclosed)

☒  The Judge appealed from is  Chief Judge J. Randal Hall

☐  The Court Reporter is  _____

☐  This is an appeal of a bankruptcy order
   Bankruptcy Judge: _____

☐  This is a DEATH PENALTY appeal

☐  OTHER:


cc:  Leroy W. Brigham
     Charles A. McCallum, III
     R. Brent Irby
     Carl C. Scherz
     Elizabeth J. Campbell
     Anna K. Finger
     Taylor F. Brinkman

Sincerely,

JOHN E. TRIPLETT, ACTING CLERK
U.S. DISTRICT COURT

BY:  *Tara H. Burton*
                    Deputy Clerk

DATE:  09/11/2020